1  McGREGOR W. SCOTT
   United States Attorney
2  SHERRILL A. CARVALHO
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED
AUG 27 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:08-CR-258 LJO |
|---|---|
| Plaintiff, | ) |
| | ) MOTION TO UNSEAL INDICTMENT AS |
| v. | ) TO GUADALUPE HINOJOSA AND ELIDIA |
| | ) HINOJOSA ONLY; [PROPOSED] ORDER |
| GUADALUPE HINOJOSA and ELIDIA HINOJOSA | ) |
| | ) |
| Defendants. | ) |

The Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret as to above-named defendants ONLY;

The United States of America, by and through McGregor W. Scott, United States Attorney, and Sherrill A. Carvaho, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record as to GUADALUPE HINOJOSA and ELIDIA HINOJOSA only.

Dated: August 27, 2008

/s/ Sherrill A. Carvalho
SHERRILL A. CARVALHO
Assistant U. S. Attorney

1

1    IT IS SO ORDERED.

2    DATED: August 27, 2008

3                                     /s/ Sandra M. Snyder
                                      SANDRA M. SNYDER
                                      United States Magistrate Judge